GEORGI, Respondent, v. ALEXE et al., Appellants. (City Court of New York, General Term. November 26, 1895.) Action by Isabella Georgi against Frank Alexe and another. George B. Ashley, for appellants. George Treifeld, for respondent.

FITZSIMONS, J. The issues presented by the allegation contained in the "first defense" are clear and unmistakable, and, if sustained, are sufficient to defeat the plaintiff herein. As to the "second defense," so called in the answer, I am not able to find therein any defense to this cause of action, except that part of "seventh" paragraph which alleges "that the notes in suit were procured from defendant without consideration." This is simply a repetition of the first defense in substance, and is therefore redundant matter, and all the other matters set forth are clearly irrelevant to the issues herein, and have no legal merit; so that the order appealed from was properly made, and is affirmed, with costs.

GERMAN-AMERICAN BANK OF TONAWANDA, Respondent, v. DALY, Appellant. (Supreme Court, General Term, Fifth Department. July, 1895.) Action by the German-American Bank of Tonawanda, N. Y., against Cornelius Daly. No opinion. Judgment affirmed.

GERMAN VICI CO., Appellant, v. KRAUSE, Respondent. (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by the German Vici Company against Kilian Krause. No opinion. Order affirmed, with $10 costs and disbursements.

GERSTEIN, Respondent, v. FISHER, Appellant. (Superior Court of New York City, General Term. October 24, 1895.) Action by Israel Gerstein against Robert W. Fisher. From an order denying a motion to serve a supplemental answer, defendant appeals. Affirmed. Oscar H. Bogart, for appellant. Louis Steckler, for respondent.

PER CURIAM. The order appealed from should be affirmed on the opinion filed by the learned judge below. 33 N. Y. Supp. 1120. In view of the decisions in Collins v. Hydorn, 135 N. Y. 320, 32 N. E. 69, and Furlong v. Banta, 80 Hun, 248, 29 N. Y. Supp. 985, the case of Anderson v. Railroad Co., 9 Daly, 487, cannot be followed, and the decision of Featherson v. Turnpike Co. (Sup.) 24 N. Y. Supp. 603, has no application. Order affirmed, with $10 costs and disbursements.

GILBERT, Appellant, v. NOBLE et al., Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Mary G. Gilbert against Levi Noble and others. No opinion. Order affirmed, with $10 costs and disbursements.

GLEASON, Respondent, v. THORN et al., Appellants. (City Court of New York, General Term. October 29, 1895.) Action by Thomas Jay Gleason against Charles W. Thorn and another. Davis, Short & Townsend, for appellant. L. J. Morrison, for respondent.

FITZSIMONS, J. The answer alleges that the books in question were to be bound in a good quality of leather. That allegation is specifically referred to because it is quite apparent from the record that the leather used in the covering of the books was the main cause of this litigation. Therefore, it seems to us that, if the evidence shows that the leather so used was good, the judgment should stand. All through the case we find the usual conflict of testimony. On plaintiff's behalf it is claimed that the contract was fully performed. On defendants' side the contrary is claimed, but the defendants' witnesses apparently were not judges of good leather, and their evidence seems to rest mainly on their fancy; their testimony, in substance, being that they did not like the leather as much as the sample, and, in their opinion, it was not the same. Evidently, their opinion was not entitled to as much credibility or weight as was the testimony of plaintiff's witnesses, who are experienced men; and the jury were justified in so finding. It seems to us that no error was committed, and that the judgment must be affirmed, with costs. McCARTHY, J., concurs.

GOLDSTEIN v. BUSH. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Max Goldstein against Irving T. Bush. No opinion. Motion to dismiss appeal granted.

GRAHAM v. GRAHAM (two cases). (Supreme Court, General Term, First Department. November 15, 1895.) Actions by Thomas C. Graham against John Graham. No opinion. Motions denied.

GREEN, Appellant, v. MIDDLESEX VALLEY R. CO., Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Ida Green against the Middlesex Valley Railroad Company. No opinion. Order (32 N. Y. Supp. 177) affirmed, with $10 costs and disbursements. WARD, J., not voting.